

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00207-CV

| | | |
|---|---|---|
| NATALIE ANN STROIK, Appellant | § | On Appeal from the 367th District Court |
| v. | § | of Denton County (20-1192-431) |
| | § | August 11, 2022 |
| DAVID LEE STROIK, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM